HUNTER PYLE (SBN 191125)
CHAD SAUNDERS (SBN 257810)
HUNTER PYLE LAW
428 Thirteenth Street, Eleventh Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com; csaunders@hunterpylelaw.com

Attorneys for Plaintiffs RONDA AUSTIN,
CHRISTOPHER CORDUCK, ERNEST DIAL,
BILLY WAYNE GIBSON and BOBBY G. SMITH

MOLLIE M. BURKS (SBN 222112)
NICHOLAS A. DEMING (SBN 287917)
GORDON & REES SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Emails: mburks@gordonrees.com; jbriscoe@gordonrees.com

Attorneys for Defendant
FOODLINER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RONDA AUSTIN, CHRISTOPHER CORDUCK, ERNEST DIAL, BILLY WAYNE GIBSON, and BOBBY G. SMITH, on behalf of themselves and others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>FOODLINER, INC.,<br><br>Defendant. | Case No. 4:16-cv-07185-HSG<br><br>**STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT** |

Plaintiffs RONDA AUSTIN, CHRISTOPHER CORDUCK, ERNEST DIAL, BILLY WAYNE GIBSON, and BOBBY G. SMITH ("Plaintiffs") and Defendant FOODLINER, INC. ("Defendant" or "FOODLINER") (together with Plaintiffs, "the Parties") hereby submit the following stipulation and proposed order for Plaintiffs to file a first amended complaint.

WHEREAS, Plaintiffs filed their initial complaint in Alameda County Superior Court on November 3, 2016;

WHEREAS, Defendant answered the complaint on December 13, 2016;

WHEREAS, Defendant removed the case to the U.S. District Court for the Northern District of California on December 16, 2016;

WHEREAS, Plaintiffs filed a complaint in Alameda County Superior Court alleging violations of the California Labor Code pursuant to the Private Attorneys General Act of 2004 ("PAGA") on January 18, 2017 ("PAGA action");

WHEREAS, the Parties met and conferred through counsel and agreed to attempt to settle both actions through private mediation before Mark Rudy, Esq., which took place on August 16, 2017;

WHEREAS, after the unsuccessful mediation, counsel for the Parties met and conferred regarding the PAGA action and Plaintiffs' intention to file an amended complaint in this action. As a result of those discussions, Plaintiffs now seek to file a First Amended Complaint in order to conform to the Federal Rules of Civil Procedure and to add the claims in the PAGA action to this action;

WHEREAS, Defendant agrees to the filing of the proposed First Amended Complaint, which is attached hereto as Exhibit A;

WHEREAS, Defendant agrees that the PAGA claims in the First Amended Complaint will relate back to the filing of the PAGA action on January 18, 2017; and

WHEREAS, the Parties agree that Defendant's stipulation to allow the filing of the proposed First Amended Complaint will not serve to waive any defenses or objections, except as

regards the statute of limitations for the PAGA claims, to any of the causes of action, or to the First Amended Complaint, and without admitting anything contained therein to be true.

Based on the foregoing, the Parties, by and through their counsel of record and subject to this Court's approval, hereby stipulate and agree as follows:

1. Plaintiffs shall have leave to file the First Amended Complaint attached hereto as Exhibit A;
2. Defendant's counsel will accept service of the First Amended Complaint;
3. Defendant reserves all rights, defenses, and objections to the claims set forth in Plaintiffs' First Amended Complaint, except as regards the statute of limitations for the PAGA claims; and
4. Defendant will have thirty (30) days after their counsel is served with the First Amended Complaint to file a responsive pleading.

IT IS SO STIPULATED.

DATED: October 16, 2017      HUNTER PYLE LAW

By: */s/ Chad Saunders*
   Hunter Pyle
   Chad Saunders

Attorneys for Plaintiffs RONDA AUSTIN, CHRISTOPHER CORDUCK, ERNEST DIAL, BILLY WAYNE GIBSON and BOBBY G. SMITH

DATED: October 16, 2017      GORDON & REES SCULLY MANSUKHANI LLP

By: */s/ Nicholas A. Deming*
   Mollie M. Burks
   Nicholas A. Deming

Attorneys for Defendant
FOODLINER, INC.

1  IT IS SO ORDERED.

2  Dated: October 17, 2017

*[signature]*
Hon. Haywood S. Gilliam, Jr.