HUNTER PYLE (SBN 191125)
CHAD SAUNDERS (SBN 257810)
**HUNTER PYLE LAW**
428 Thirteenth Street, Eleventh Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com; csaunders@hunterpylelaw.com

Attorneys for Plaintiffs RONDA AUSTIN,
CHRISTOPHER CORDUCK, ERNEST DIAL,
BILLY WAYNE GIBSON and BOBBY G. SMITH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RONDA AUSTIN, CHRISTOPHER CORDUCK, ERNEST DIAL, BILLY WAYNE GIBSON, and BOBBY G. SMITH, on behalf of themselves and others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>FOODLINER, INC.,<br><br>Defendant. | Case No. 4:16-cv-07185-HSG-DMR<br><br>**NOTICE OF SETTLEMENT OF CLASS ACTION AND PAGA CLAIMS** |

1   TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

2   Plaintiffs Ronda Austin, Christopher Corduck, Ernest Dial, Billy Wayne Gibson, and Bobby G. Smith ("Plaintiffs") and Defendant Foodliner, Inc. ("Defendant") (together "the Parties") have reached an agreement to settle all of the claims in this case. The Parties are in the process of drafting a long form settlement agreement. Plaintiffs anticipate filing a motion for preliminary approval within 45 days of the date of this notice.

The Parties therefore jointly request that the Court vacate the deadline for Plaintiffs to file a motion for class certification, which is currently set for May 1, 2018. Alternatively, the Parties request that the Court continue the class certification motion for six months to give the Court an opportunity to consider Plaintiffs' motion for preliminary approval.

DATED: April 19, 2018                HUNTER PYLE LAW

                                     By: /s/ Chad Saunders
                                         Hunter Pyle
                                         Chad Saunders

                                     Attorneys for Plaintiffs RONDA AUSTIN, CHRISTOPHER CORDUCK, ERNEST DIAL, BILLY WAYNE GIBSON and BOBBY G. SMITH

DATED: April 19, 2018                GORDON & REES SCULLY MANSUKHANI LLP

                                     By: /s/ Sat Sang Khalsa
                                         Mollie M. Burks
                                         Sat Sang Khalsa

                                     Attorneys for Defendant FOODLINER, INC.

**Attestation Pursuant to Local Rule 5-1(i)(3)**

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

Dated:  April 19, 2018                                      */s/ Chad Saunders*
                                                                              Chad Saunders