HUNTER PYLE (SBN 191125)
CHAD SAUNDERS (SBN 257810)
HUNTER PYLE LAW
428 Thirteenth Street, Eleventh Floor
Oakland, California 94612
Telephone: (510) 444-4400
Facsimile: (510) 444-4410
Emails: hunter@hunterpylelaw.com; csaunders@hunterpylelaw.com

Attorneys for Plaintiffs RONDA AUSTIN,
CHRISTOPHER CORDUCK, ERNEST DIAL,
BILLY WAYNE GIBSON and BOBBY G. SMITH

MOLLIE M. BURKS (SBN 222112)
SAT SANG S. KHALSA (SBN 256130)
NICHOLAS A. DEMING (SBN 287917)
GORDON & REES SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Emails: mburks@grsm.com; skhalsa@grsm.com; ndeming@grsm.com

Attorneys for Defendant
FOODLINER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RONDA AUSTIN, CHRISTOPHER CORDUCK, ERNEST DIAL, BILLY WAYNE GIBSON, and BOBBY G. SMITH, on behalf of themselves and others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>FOODLINER, INC.,<br><br>Defendant. | Case No. 4:16-cv-07185-HSG<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFFS' DEADLINE TO FILE A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

| | |
|---|---|
| 1 | Plaintiffs RONDA AUSTIN, CHRISTOPHER CORDUCK, ERNEST DIAL, BILLY |
| 2 | WAYNE GIBSON, and BOBBY G. SMITH ("Plaintiffs") and Defendant FOODLINER, INC. |
| 3 | ("Defendant" or "FOODLINER") (together with Plaintiffs, "the Parties") hereby submit the |
| 4 | following stipulation and proposed order continuing the deadline for Plaintiffs to file a motion |
| 5 | for preliminary approval of the Parties' class action settlement. |

Plaintiffs RONDA AUSTIN, CHRISTOPHER CORDUCK, ERNEST DIAL, BILLY WAYNE GIBSON, and BOBBY G. SMITH ("Plaintiffs") and Defendant FOODLINER, INC. ("Defendant" or "FOODLINER") (together with Plaintiffs, "the Parties") hereby submit the following stipulation and proposed order continuing the deadline for Plaintiffs to file a motion for preliminary approval of the Parties' class action settlement.

WHEREAS, the Parties reached an agreement to settle the class action claims in this case on April 10, 2018;

WHEREAS, the Parties notified the Court of this settlement on April 19, 2018 (Dkt. 43);

WHEREAS, the Court vacated Plaintiffs' deadline to file a motion for class certification and set a deadline of June 4, 2018, for Plaintiffs to file a motion for preliminary approval (Dkt. 44); and

WHEREAS, the Parties are continuing to finalize the settlement agreement and anticipate completing the agreement by June 11, 2018.

Based on the foregoing, the Parties, by and through their counsel of record and subject to this Court's approval, hereby stipulate and agree that the deadline for Plaintiffs' to file a motion for preliminary approval of the class action settlement should be continued until June 22, 2018.

IT IS SO STIPULATED.

DATED: June 1, 2018                  HUNTER PYLE LAW

By: */s/ Chad Saunders*
    Hunter Pyle
    Chad Saunders

Attorneys for Plaintiffs RONDA AUSTIN, CHRISTOPHER CORDUCK, ERNEST DIAL, BILLY WAYNE GIBSON and BOBBY G. SMITH

| | | |
|---|---|---|
| DATED: June 1, 2018 | | GORDON & REES SCULLY MANSUKHANI LLP |

By: */s/ Sat Sang S. Khalsa*
    Mollie M. Burks
    Sat Sang S. Khalsa
    Nicholas A. Deming

Attorneys for Defendant
FOODLINER, INC.

**Attestation Pursuant to Local Rule 5-1(i)(3)**

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

Dated: June 1, 2018            */s/ Chad Saunders*
                                             Chad Saunders

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 4, 2018

                                                Hon. Haywood S. Gilliam, Jr.